UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL ANTHONY TUMA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ALICE PAYNE,<br><br>　　　　Respondent. | Case No. C05-5827RJB<br><br>ORDER DENYING COUNSEL |

　　　　This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. The petitioner has filed a motion for appointment of counsel. (Dkt. # 10). Respondent opposes the motion. (Dkt. # 11). Petitioner has replied. (Dkt. # 13) The matter is now ripe for review.

　　　　The Court, having reviewed the record, hereby finds and ORDERS:

　　　　(1)　　There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature. See Terravona v. Kincheloe, 852 F.2d 424, 429 (9th Cir. 1988); Brown v. Vasquez, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States

ORDER- 1

1  District Courts.  An evidentiary hearing has not been granted in this case. Further, the claims in the
2  petition are adequately set forth and articulated.  Petitioner's motion for appointment of counsel (Dkt.
3  # 10)  is therefore **DENIED**.

4     (2)    The clerk is directed to send a copy of this Order to petitioner and counsel for
5         respondent..

DATED this 13th day of March, 2006.

                                   */S/ J. Kelley Arnold*
                                   J. Kelley Arnold
                                   United States Magistrate Judge

ORDER- 2